IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAWN AMORA AND CARLOS MORA,　　　　No. C 12-03210 RS

　　　　Plaintiffs,　　　　　　　　　　　　**RECUSAL ORDER**

v.

HOME SALES INC., et al.,

　　　　Defendants.
_____/

　　　I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 7/11/12

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE